# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 573 |
| | : | |
| AMENDMENT OF THE PREAMBLE TO | : | JUDICIAL ADMINISTRATION DOCKET |
| THE RULES GOVERNING STANDARDS | : | |
| OF CONDUCT OF MAGISTERIAL | : | |
| DISTRICT JUDGES | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of June, 2022, pursuant to Article V, Section 10 of the Constitution of Pennsylvania, **IT IS ORDERED** that:

      Section (8) of the Preamble to the Rules Governing Standards of Conduct of Magisterial District Judges is amended in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2022.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and in brackets.